34 A.3d 775

IN THE MATTER OF JOHN E. TIFFANY, AN ATTORNEY
AT LAW (ATTORNEY NO. 044701992).

January 25, 2012.

**ORDER**

The Court on September 19, 2011, having ordered that **JOHN E. TIFFANY** of **HACKENSACK**, who was admitted to the bar of this State in 1992, be temporarily suspended from the practice of law pursuant to *Rule* 1:20–15(k), effective October 19, 2011, for failure to comply with the determination of the VI Fee Arbitration Committee in District Docket No. VI–2011–0346F, and to pay a sanction of $500 to the Disciplinary Oversight Committee in DRB 11–272;

And it having been reported to the Court that **JOHN E. TIFFANY** now has complied with the fee determination and has paid the Disciplinary Oversight Committee the $500 sanction;

And good cause appearing;

It is ORDERED that **JOHN E. TIFFANY** is reinstated to the practice of law, effective immediately.